172 A.3d 1080

ANTHONY PACE, SR., PLAINTIFF-PETITIONER, AND DIANE PACE, HIS WIFE, PLAINTIFF, v. TOWNSHIP OF NUTLEY, TOWNSHIP OF NUTLEY POLICE DEPARTMENT, LT. KEVIN WATTS, AND POLICE OFFICER GERARD TUSA, DEFENDANTS-RESPONDENTS.

C–264 September Term 2017
079871

November 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005310–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

172 A.3d 1080

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. DOUGLAS JOHNSON, A/K/A DOUGIE AND D–MURDER, DEFENDANT-PETITIONER.

C–289 September Term 2017
079497

November 2, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002157–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

172 A.3d 1081

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-
NENCY, PLAINTIFF–RESPONDENT, v. J.D., JR., DEFEN-
DANT–PETITIONER, AND J.G., DEFENDANT. IN THE MAT-
TER OF J.D., III, A MINOR–RESPONDENT.

C–268 September Term 2017
078479

November 2, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003716–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

